# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4026

_____

FRANKLIN PEREZ,

Appellant,

v.

JIM CUCCIA, ANNA CUCCIA, and
PATRICK LANGE,

Appellees.

_____

On appeal from the Circuit Court for Alachua County.
Monica J. Brasington, Judge.

September 18, 2018

PER CURIAM.

AFFIRMED. *Shelswell v. Bourdeau*, 239 So. 3d 707, 708 (Fla. 4th DCA 2018); *Vorbeck v. Betancourt*, 107 So. 3d 1142, 1147 (Fla. 3d DCA 2012).

WETHERELL, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


S. Hunter Malin of Heekin Litigation Group, Jacksonville, for Appellant.

No appearance, for Appellees.